**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00733-CV

## IN THE INTEREST OF S.H AND S.H., MINOR CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-23164-V**

## ORDER

This is an accelerated appeal in a parental termination case. Before the Court is appellant's August 14, 2018 motion for clarification of appellate deadlines and to extend time to file brief. Appellant seeks a thirty-day extension, explaining her counsel was appointed August 8, 2018. A supplemental clerk's record filed in this appeal August 10, 2018 contains an order confirming counsel was recently appointed. That order reflects the trial court discharged Vickie Alexander as attorney for appellant and substituted Tamika Jones Abendroth in her place.

We **GRANT** the extension motion and **ORDER** the brief be filed no later than September 7, 2018.

We note the supplemental clerk's record includes documents from unrelated cases. Accordingly, we **STRIKE** the August 10th supplemental record and **ORDER** Dallas County District Clerk Felicia Pitre to file a corrected record no later than August 20, 2018.

We **DIRECT** the Clerk of the Court to substitute Ms. Abendroth as appellant's counsel in place of Ms. Alexander.  We further **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.


/s/     DAVID EVANS
        JUSTICE